**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS RAUL VALDES AND ROSE F. VALDES, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>U.S. BANK NATIONAL ASSOCIATION ND; LAW OFFICES OF LES ZIEVE, AS AGENT; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; AND DOES 1-100 INCLUSIVE, <br><br>　　　　Defendants. | Case No. EDCV 12-00321 VAP (SPx) <br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed March 22, 2012, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: _November 8, 2012_　　　　　_/s/ Virginia A. Phillips_
　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　United States District Judge